O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARD JAMES McSHERRY, | ) | CASE NO. CV 08-08370 VAP (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DERRAL G. ADAMS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of LEONARD JAMES McSHERRY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 5, 2009

*[signature: Virginia A. Phillips]*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE